IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-475 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| MATTHEW J. KELDO, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND SUPERSEDING CRIMINAL INFORMATION

(COUNT I – Class B Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 14, 2019, at Marine Corps Base, Quantico, Virginia in the Eastern District of Virginia, the defendant, MATTHEW J. KELDO, did go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico while in possession of a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Superseding Criminal Information will be sent using this Court's CM/ECF system, on the _10_ day of January 2020 to the defendant's counsel.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov